# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SALENDER SALENDER,

              Petitioner,

    v.

WARDEN, Facility Administrator of the Desert View Facility, et al.,

              Respondents.

Case No. 5:26-CV-03291-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: June 22, 2026

                         /s/

                   ROZELLA A. OLIVER
                   UNITED STATES MAGISTRATE JUDGE